IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN LEE RICHES, | No. CV 07-3695 MJJ (PR) |
| Plaintiff(s), | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| CINDY SHEEHAN, NANCY PELOSI | |
| Defendant(s). | |

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial, hearing or review before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that Plaintiff's Complaint is DISMISSED. Judgment is entered in favor of Defendants and against Plaintiff.

Dated: August 30, 2007                    Richard W. Wieking, Clerk

By: Edward Butler
Deputy Clerk